

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-281-7601

December 17, 2019

<u>*Via ECF*</u>
Hon. Sandra J. Feuerstein, U.S.D.J.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 Federal Plaza
Central Islip, New York 11722

      Re:   *Solis v. Commonwealth Financial System, Inc. et ano.*
             <u>Docket No: 2:18-cv-06130-SJF-AKT</u>

Dear Judge Feuerstein:

    We are the attorneys for Plaintiff in this matter and write to respectfully request that Defendant's Notice of Supplemental Authority (*Dkt. No.* 22, *et seq.*) be stricken as improperly filed. The Notice of Supplemental Authority has been filed under cover of a memorandum in support, which contains supplemental argument, and not merely a reference to the post-submission (out-of-Circuit) decision which Defendant apparently believes would assist this Court in its determination of the motion pending *sub judice.* As supplemental briefing is not permitted absent approval of the Court, it is respectfully requested that the "notice of supplemental authority" be stricken as an impermissible supplemental brief. In the event that the Court does not strike the submission, Plaintiff respectfully requests that the Court grant her the opportunity to file a sur-reply brief to address the arguments raised in Defendant's improperly filed memorandum.

    Thank you.

                                                        Respectfully submitted,

                                                        /s *Jonathan M. Cader*
                                                        Jonathan M. Cader

cc: All parties via ECF system