**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARISOL SOLIS, individually and on behalf
of all others similarly situated,

                      Plaintiff,

- against -

COMMONWEALTH FINANCIAL SYSTEMS
INC., and PENDRICK CAPITAL PARTNERS,
LLC,

                      Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV 18-6130 (SJF) (AKT)

      A Memorandum and Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on May 18, 2020, granting Defendants' motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Procedure, and directing the Clerk of the Court to close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Marisol Solis take nothing of Defendants Commonwealth Financial Systems, Inc., and Pendrick Capital Partners, LLC; that Defendants' motion for judgment on the pleadings is granted; and that this case is closed.

Dated: Central Islip, New York
         May 18, 2020

                                                DOUGLAS C. PALMER
                                                CLERK OF THE COURT
                                  By:    /s/ James J. Toritto
                                                Deputy Clerk